**Order entered October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00442-CR

### ROCKY MORRIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F95-01315-U**

## ORDER

On September 6, 2013, this Court ordered court reporter Peri Wood and the Dallas County District Clerk to send appellant copies of the clerk's and reporter's records. We further ordered that they provide this Court, within fifteen days, with written verification that the records were sent to appellant. To date, we have not received verification from either the Dallas County District Clerk or Ms. Wood that they have sent their respective records to appellant. On October 8, 2013, we received a letter from appellant stating that he has not received the records.

Accordingly, this Court **ORDERS** Gary Fitzsimmons, Dallas County District Clerk, and Peri Wood, official court reporter of the 291st Judicial District Court to send appellant copies of their respective records. We further **ORDER** that Mr. Fitzsimmons and Ms. Wood to file with this Court, within **TEN DAYS** of the date of this order, written verification that they have sent

appellant copies of their respective records. If we do not receive the confirmation within the time specified, we will utilize the available remedies to obtain compliance with this Court's order.

We **ORDER** appellant to file his brief by **JANUARY 2, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; Peri Wood, official court reporter, 291st Judicial District Court; and the Dallas County Public Defender's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Rocky Morris, No. 12076456, Dallas County Jail, P.O. Box 660334, Dallas, Texas 75266-0334.


/s/     DAVID EVANS
         JUSTICE